## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **WESLEY KANE CAMPBELL,** | )<br>) |
|         **Plaintiff,** | )    Case No. CV 13-04008 GW (AJW)<br>) |
|         v. | )<br>) |
| **LEE BACA,** | )    **J U D G M E N T**<br>) |
|         **Defendant.** | ) |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: March 24, 2014

_____
GEORGE H. WU
United States District Judge